

FILED
DEC 08 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 22cr1896-JO-1 |
|---|---|---|
| Plaintiff, | ) | **ORDER FOR EXAMINATION UNDER 18 U.S.C. §4241 TO DETERMINE PRESENT MENTAL COMPETENCY** |
| v. | ) | |
| **Jose Castellanos-Navarro**, | ) | |
| Defendant. | ) | |

    Upon motion of Defense Counsel Grant L. Eddy, the Court finds that there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature of and consequences of the proceedings against him or to assist properly in his defense. Accordingly, as provided at 18 U.S.C. § 4241, the Court finds it necessary to order the defendant be examined to determine mental competency and that a report be provided to the Court concerning whether the defendant understands the nature and consequences of the proceedings against him and can assist properly in his defense.

    **IT IS ORDERED** that Jose Castellanos-Navarro be examined by a qualified and impartial psychologist or psychiatrist to determine:

    (1)    whether the defendant is competent to understand the nature and consequences of the proceedings pending against him; and,

    (2)    whether the defendant is competent to assist properly in his defense.

1       **IT IS FURTHER ORDERED** that the psychologist or psychiatrist prepare a report
2  pursuant to 18 U.S.C. § 4247(c) and provide the report to the Court at least five (5) days prior
3  to the date of competency hearing. Copies of the report shall be provided by the psychologist
4  or psychiatrist to the attorney for the defendant and to the United States Attorney. The
5  competency hearing in this matter is scheduled for <u>1/13/23 at 11:00 AM before the Honorable
6  Jinsook Ohta,</u> United States District Judge.  If the psychologist or psychiatrist
7  requires additional time for testing and examination, a request to extend time for the report
8  shall be made directly to District Judge Jinsook Ohta.
9       As required by 18 U.S.C. § 4247(c), the report shall include:
10      (1)   the defendant's history and present symptoms;
11      (2)   a description of the psychiatric, psychological, and medical tests that were
12            employed and their results;
13      (3)   the examiner's findings; and,
14      (4)   the examiner's opinions as to diagnosis, prognosis, and whether the defendant
15  is suffering from a mental disease or defect rendering him mentally incompetent to the extent
16  that he is unable to understand the nature and consequences of the proceedings against him
17  or to assist properly in his own defense.
18      **IT IS FURTHER ORDERED** that such examination be conducted by a psychologist
19  or psychiatrist where the defendant is located, or at any other facility where the defendant
20  can have the exam.  The psychiatrist/psychologist shall be afforded
21  such cooperation and information, including access to any medical, forensic and psychological
22  files pertaining to defendant, as is required to properly conduct the mental examination.
23      **IT IS FURTHER ORDERED** that such examination be at the expense of the United
24  States Department of Justice.
25  //
26  //
27  //
28

1     **IT IS FURTHER ORDERED** that the entire period for the examination be excluded
2 under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(A).

5 Dated: 12/9/22

HONORABLE JILL L. BURKHARDT
United States Magistrate Judge

7 cc:    All Counsel of Record
       United States Marshal