# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE CASTELLANOS-NAVARRO,<br>aka: Jose Castellano-Navarro,<br><br>　　　　　　　Defendant. | Case No. 22-cr-1896-JO<br><br>Booking No. 12511-510<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

Based upon the motion of the United States, the Court GRANTS the United States' motion to dismiss without prejudice the Information in the above-entitled case against Defendant Jose Castellanos-Navarro. The Defendant is hereby discharged.

IT IS SO ORDERED AND ADJUDGED.

DATED: 7/7/23

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE

-1-